B6C (Official Form 6C) (4/10)

In re  **Ruth Ellen Kalinka**                                ,                Case No.  **11-11406bif**
                            Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under: ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box) $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Cash in wallet | 11 U.S.C. § 522(d)(5) | 6.00 | 6.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Nova Bank Checking acct xxxx0318 | 11 U.S.C. § 522(d)(5) | 1,400.00 | 1,400.00 |
| ING Direct savings acct. xxx4191 | 11 U.S.C. § 522(d)(5) | 1.03 | 1.03 |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| Deposit with landlord Philadelphia Management 1229 Chestnut St. Philadelphia PA 19107 | 11 U.S.C. § 522(d)(5) | 850.00 | 850.00 |
| **Household Goods and Furnishings** | | | |
| Misc. used household goods and furnishings, including computer and small electronics and miscellaneous office supplies used in self-employment | 11 U.S.C. § 522(d)(3) <br> 11 U.S.C. § 522(d)(3) | 785.00 <br> 415.00 | 1,200.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Greta Garbo photograph | 11 U.S.C. § 522(d)(5) | 450.00 | 450.00 |
| **Wearing Apparel** | | | |
| Misc. used clothing | 11 U.S.C. § 522(d)(3) | 200.00 | 200.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| University of Mich 403(b) plan at Fidelity | 11 U.S.C. § 522(d)(12) | 2,766.85 | 2,766.85 |
| Fidelity IRA | 11 U.S.C. § 522(d)(12) | 20.83 | 20.83 |
| **Accounts Receivable** | | | |
| unpaid invoice from client Patrick Crowling, 722 North Terrace, Unit A, Philadelphia PA 19123 | 11 U.S.C. § 522(d)(5) | 550.00 | 550.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| 2010 tax refund - debtor assumes IRS will withhold as against 2009 liability | 11 U.S.C. § 522(d)(5) | 637.00 | 637.00 |
| | Total: | **8,081.71** | **8,081.71** |

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt