IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 7 |
| RUTH ELLEN KALINKA | : | CASE NO: 11-11406BIF |
| Debtor | : | |
| _____ | : | |

## **PRAECIPE TO REMOVE DOCUMENT FILED IN ERROR**

TO CLERK OF COURT

The document filed by Debtor's counsel at no. 10 on the docket is incorrectly identified as "Schedule B- Amended" when in fact it is the service list for the "Schedule B-Amended" which is filed at Docket No. 12. Please remove the document and attach it to the "Schedule B-Amended".

DATED: March 31, 2011                    /s/ Alfonso G. Madrid
                                          ALFONSO G. MADRID
                                          Attorney for Debtors